

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00665-CV

**IN THE INTEREST OF R.S.D.**, a Child

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-PA-00894
Honorable Larry Noll, Judge Presiding[1]

BEFORE JUSTICE MARION, JUSTICE MARTINEZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, that portion of the trial court's Order of Termination terminating appellant's parental rights is REVERSED and judgment is RENDERED denying the State's petition to terminate appellant's parental rights. In all other respects the trial court's Order of Termination is AFFIRMED. No costs are assessed because appellant is indigent.

SIGNED September 3, 2014.

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice

---

[1] Sitting by assignment.